UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. No. 06-30046-04/USM No. 13450-035 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ROBERT BILBERRY | MAG. JUDGE KAREN L. HAYES |

### AMENDED JUDGMENT

Pursuant to 18 U.S.C. § 3582(c)(2), which provides for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Court, imposed on May 7, 2007, sentencing Defendant Robert Bilberry to a term of imprisonment of 70 months is AMENDED, and Defendant's sentence is reduced to 58 months. If this sentence exceeds the amount that Defendant has already served, this shall be treated as a "Time Served" Judgment.

IT IS FURTHER ORDERED that, if Defendant is currently incarcerated in a Bureau of Prisons ("BOP") facility, this Amended Judgment is STAYED for a period of ten (10) calendar days in order to allow BOP to complete its administrative functions. However, this stay shall NOT apply to any Defendant who is in pre-release custody in a Residential Reentry Center.

**I.     COURT DETERMINATION OF GUIDELINE RANGE (Prior to any departures)**

| | | | |
|---|---|---|---|
| **Previous Offense Level:** | 27 | **Amended Offense Level:** | 25 |
| **Criminal History Category:** | V | **Criminal History Category:** | V |
| **Previous Guideline Range:** | 120-150 months | **Amended Guideline Range:** | 100-125 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

___ The reduced sentence is within the amended guideline range and is the statutory minimum.

**X** The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a § 3553(e) departure, and the reduced sentence is comparably less than the amended guideline range.

___ Other (explain):

## III. ADDITIONAL COMMENTS:

Except as otherwise provided, all provisions of the Judgment dated May 8, 2007, remain in effect.

MONROE, LOUISIANA, this 5th day of March, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

2